# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159718 & (34)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TEAM REHABILITATION W2,
         Plaintiff-Appellee,

v

SC: 159718
COA: 343005
Oakland CC: 2017-160947-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
         Defendant-Appellant.
_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motion to hold the case in abeyance is denied as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2019



Clerk